Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

[additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 2:24-cv-00423-DJC-DB<br><br>Assigned to: Hon. Daniel J. Calabretta<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 144 and this Court's Standing Order in Civil Cases, paragraph 1(E), the Parties in the above-caption action hereby stipulate that Defendant Ford Motor Company's ("Defendant" or "Ford") deadline to respond to Plaintiff's Complaint is extended by twenty-eight (28) days from May 6, 2024 to June 3, 2024.

No other stipulations for extension of time have been filed in this action.

Good cause exists in extending the responsive pleading deadline, as the Parties are meeting and conferring regarding parallel related litigation, this litigation, and Ford's anticipated initial pleading challenges and agree that additional time is necessary to prepare a response to Plaintiff's Complaint, and for further meet and confer to assess whether Plaintiff would amend his existing complaint in an effort to address arguments Ford may make in its initial motion to dismiss.

IT IS HEREBY STIPULATED, by and between counsel of record, pending this Court's approval, that the deadline for Ford to respond to Plaintiff's Complaint shall be extended from May 6, 2024 to June 3, 2024.

**IT IS SO STIPULATED.**

Dated: April 17, 2024        Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Amir Nassihi*
   Amir Nassihi

Attorneys for Defendant
FORD MOTOR COMPANY

Dated: April 17, 2024        CAPSTONE LAW APC

By: /s/ *Tarek H. Zohdy* [authorized on 4/16/24]
   Tarek H. Zohdy

Attorneys for Plaintiff

# ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Stipulation is GRANTED. Ford's deadline to respond to Plaintiff's complaint is continued to June 3, 2024.

IT IS SO ORDERED.

Dated:  April 17, 2024                            /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE