Amir Nassihi (SBN 235936)
anassihi@shb.com
**SHOOK HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: 415.544.1900
Facsimile: 415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

Tarek H. Zohdy (SBN 247775)
tarek.zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
cody.padgett@capstonelawyers.com
Laura E. Goolsby (SBN 321721)
laura.goolsby@capstonelawyers.com
Nathan N. Kiyam (SBN 317677)
nate.kiyam@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811

Attorneys for Plaintiff
STEPHEN JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.: 2:24-cv-00423-DJC-DB<br><br>**JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING DEADLINE** |

Plaintiff STEPHEN JACKSON ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant" or "Ford"), collectively referred to as the "Parties," by and through their respective counsel, and pursuant to the Parties' Joint Status Report (Dkt. 16), have met and conferred regarding the potential challenges to Plaintiff's complaint, briefing schedule on Defendant's motion to dismiss Plaintiff's amended complaint, and subject to Court approval, hereby stipulate as follows:

1. In lieu of Defendant's current response deadline to the complaint, Plaintiff shall have until July 3, 2024 to file an amended complaint;
2. Defendant's response to the amended complaint shall be due on August 23, 2024.

**IT IS SO STIPULATED AND AGREED.**

Dated: May 24, 2024

CAPSTONE LAW APC

*/s/ Tarek H. Zohdy* (as authorized on 5/24/24)
Tarek H. Zohdy
Cody R. Padgett
Laura E. Goolsby
Nathan N. Kiyam

Tarek H. Zohdy (SBN 247775)
tarek.zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
cody.padgett@capstonelawyers.com
Laura E. Goolsby (SBN 321721)
laura.goolsby@capstonelawyers.com
Nathan N. Kiyam (SBN 317677)
nate.kiyam@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811

Attorneys for Plaintiff
STEPHEN JACKSON

Dated: May 24, 2024

SHOOK, HARDY & BACON L.L.P.

*/s/ Amir Nassihi*
AMIR NASSIHI

*Attorneys for Defendant*
FORD MOTOR COMPANY

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: May 24, 2024

                                              */s/ Amir Nassihi*
                                              Amir Nassihi

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated:  May 28, 2024                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE