Amir Nassihi (SBN 235936)
anassihi@shb.com
**SHOOK HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: 415.544.1900
Facsimile: 415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

Tarek H. Zohdy (SBN 247775)
tarek.zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
cody.padgett@capstonelawyers.com
Laura E. Goolsby (SBN 321721)
laura.goolsby@capstonelawyers.com
Nathan N. Kiyam (SBN 317677)
nate.kiyam@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811

Attorneys for Plaintiff
STEPHEN JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON, KENNETH HUNNEL, LEANNE HUNNEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.: 2:24-cv-00423-DJC-SCR<br><br>**JOINT STIPULATION AND ORDER REGARDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE, BRIEFING SCHEDULE AND PAGE EXTENSIONS** |

Plaintiff STEPHEN JACKSON ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant" or "Ford"), collectively referred to as the "Parties," by and through their respective counsel, have met and conferred regarding the briefing schedule on Defendant's motion to dismiss Plaintiff's First Amended Class Action Complaint ("FAC"), and subject to Court approval, hereby stipulate as follows:

1. On February 7, 2024, Plaintiff filed the original complaint (Dkt. 1); and
2. On April 18, 2024, the Court granted Defendant's L.R. 28-day extension to respond to June 3, 2024 (Dkt. 15); and
3. On May 24, 2024, and pursuant to the Parties' Joint Status Report (Dkt. 16), the Court granted the Parties' stipulation for Plaintiff to file an amended complaint on July 3, 2024 and for Defendant to respond on August 23, 2024 (Dkt. 19); and
4. On July 3, 2024, the FAC was filed (Dkt. 28) which adds new plaintiffs; and
5. Defendant contends that the claims in the FAC are subject to dismissal on multiple grounds, including for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2), improper venue under Fed. R. Civ. P. 12(b)(3), and failure to state a claim under Fed. R. Civ. P 12(b)(6), and that researching and briefing these issues requires modest time and page extensions; and
6. The Parties have continued to confer regarding the potential motion to dismiss and have agreed that Defendant's response to the FAC shall be extended until September 13, 2024, Plaintiffs' shall have no less than forty-five (45) days, up to and including October 28, 2024, thereafter to oppose any potential motion filed by Defendant, and Defendant shall have no less than twenty-five (25) days, up to and including November 22, 2024 to reply.
7. The Parties further agree that the following page limits shall apply: moving brief 30 pages; opposition brief 30 pages; reply brief 18 pages.

///
///
///
///

**IT IS SO STIPULATED AND AGREED.**

Dated:  August 20, 2024                              CAPSTONE LAW APC

                                                  */s/  Tarek H. Zohdy* (as authorized on 8/20/2024)
                                                  Tarek H. Zohdy
                                                  Cody R. Padgett
                                                  Laura E. Goolsby
                                                  Nathan N. Kiyam

                                                  Tarek H. Zohdy (SBN 247775)
                                                  tarek.zohdy@capstonelawyers.com
                                                  Cody R. Padgett (SBN 275553)
                                                  cody.padgett@capstonelawyers.com
                                                  Laura E. Goolsby (SBN 321721)
                                                  laura.goolsby@capstonelawyers.com
                                                  Nathan N. Kiyam (SBN 317677)
                                                  nate.kiyam@capstonelawyers.com
                                                  **CAPSTONE LAW APC**
                                                  1875 Century Park East, Suite 1000
                                                  Los Angeles, California 90067
                                                  Telephone: (310) 556-4811

                                                  Attorneys for Plaintiff
                                                  STEPHEN JACKSON

Dated:  August 20, 2024                              SHOOK, HARDY & BACON L.L.P.

                                                  */s/ Amir Nassihi*
                                                  AMIR NASSIHI

                                                  *Attorneys for Defendant*
                                                  FORD MOTOR COMPANY

## ORDER

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated:  August 21, 2024                              /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE