**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN JACKSON, KENNETH HUNNEL, and LEANNE HUNNEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-00423-DJC-SCR<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO DISMISS WITHOUT PREJUDICE TO RE-FILING**<br><br>Judge:   Hon. Daniel J. Calabretta<br>Ctrm:    10, 13th Floor |

1 | The Court having considered the Parties' joint Stipulation to Withdraw Ford's Pending Motion to Dismiss without Prejudice to Re-filing and hereby **GRANTS** the Stipulation and rules as follows:

**IT IS HEREBY ORDERED THAT**, Ford's pending motion to dismiss is withdrawn without prejudice and Ford's response obligation is deferred. In the event that Parties do not resolve the issues, Ford is permitted to re-file a motion to dismiss, with the same page limits and briefing timeline as the pending motion, on or before November 25, 2024.

**IT IS SO ORDERED**

Dated: October 29, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE