Cody R. Padgett (SBN 275553)
cody.padgett@capstonelawyers.com
Laura E. Goolsby (SBN 321721)
laura.goolsby@capstonelawyers.com
Nathan N. Kiyam (SBN 317677)
nate.kiyam@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811

Attorneys for Plaintiffs
STEPHEN JACKSON

Amir Nassihi (SBN 235936)
anassihi@shb.com
**SHOOK HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: 415.544.1900
Facsimile: 415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON, KENNETH HUNNEL, LEANNE HUNNEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.: 2:24-cv-00423-DJC-SCR<br><br>**JOINT STIPULATION AND ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE** |

Plaintiffs STEPHEN JACKSON, KENNETH HUNNEL AND LEANNE HUNNEL ("Plaintiffs") and Defendant FORD MOTOR COMPANY ("Defendant" or "Ford"), collectively referred to as the "Parties," by and through their respective counsel, have met and conferred regarding the briefing schedule on Defendant's motion to dismiss Plaintiff's First Amended Class Action Complaint ("FAC"), and subject to Court approval, hereby stipulate as follows:

1. On February 7, 2024, Plaintiff filed the original complaint (Dkt. 1); and
2. On April 18, 2024, the Court granted Defendant's L.R. 28-day extension to respond to June 3, 2024 (Dkt. 15); and
3. On May 24, 2024, and pursuant to the Parties' Joint Status Report (Dkt. 16), the Court granted the Parties' stipulation for Plaintiff to file an amended complaint on July 3, 2024 and for Defendant to respond on August 23, 2024 (Dkt. 19); and
4. On July 3, 2024, the FAC was filed (Dkt. 28) which added new plaintiffs; and
5. On September 13, 2024, Defendant filed a Motion to Dismiss (Dkt. 32); and
6. On October 29, 2024, the Court permitted Defendant to withdraw its Motion to Dismiss without prejudice as to re-filing by November 25, 2024 while the Parties continued to meet and confer regarding their efforts to reach a resolution (Dkt. 36); and
7. On November 25, 2024, Defendant filed the currently pending Motion to Dismiss and noticed it for hearing on March 20, 2025 (Dkt. 37); and
8. Plaintiffs' response to the pending Motion to Dismiss is currently due 45 days later, by January 9, 2024 and Defendant's reply is due 25 days later, by February 3, 2024 (Dkts. 31, 36); and
9. In light of the intervening holidays at the end of December and preplanned travel of counsel, the Parties have conferred and have agreed that Plaintiffs shall have be permitted to file their response to the pending Motion to Dismiss on or before January 17, 2024, and that Defendant shall be permitted to file its reply on or before February 19, 2024.

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | Dated: December 09, 2024 | CAPSTONE LAW APC |

*/s/ Laura E. Goolsby*
Cody R. Padgett
Laura E. Goolsby
Nathan N. Kiyam

Attorneys for Plaintiffs

Dated: December 09, 2024                                       SHOOK, HARDY & BACON L.L.P.

*/s/ Amir Nassihi* (as authorized on 12/9/2024)
AMIR NASSIHI

*Attorneys for Defendant*
FORD MOTOR COMPANY

3

STIPULATION AND ORDER
CASE NO. 2:24-CV-00423-DJC-SCR

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: December 09, 2024

/s/Laura E. Goolsby

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated:  December 9, 2024          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE