UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HUNNEL and LEANNE HUNNEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-00423-DJC-SCR<br><br>**ORDER OF VOLUNTARILY STIPULATED DISMISSAL OF PLAINTIFFS KENNETH AND LEANNE HUNNEL WITHOUT PREJUDICE**<br><br>Judge:     Hon. Daniel J. Calabretta<br>Ctrm:     10, 13th Floor |

The Court having reviewed the Stipulation to Voluntarily Dismiss the Claims of Plaintiffs Kenneth and Leanne Hunnel Without Prejudice ("Stipulation"), and good cause appearing, hereby enters the following order:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the Parties' Stipulation, Plaintiffs Kenneth and Leanne Hunnel's individual claims are hereby dismissed without prejudice. Each side to bear their own costs.

**IT IS SO ORDERED.**

Dated: February 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE